TYLER G. NEWBY (CSB No. 205790)
tnewby@fenwick.com
MARY G. SIMS (CSB No. 324073)
mgriffin@fenwick.com
WILLIAM A. SHULDINER (CSB No. 354046)
wshuldiner@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300
Facsimile: 650.938.5200

Attorneys for Defendants
RESIDENT HOME, LLC and
NECTAR BRAND LLC

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYNTHIA LONGORIA, JOSEPH AWGUL, JAVIER RAMIREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NECTAR BRAND LLC; a California Limited Liability Company; RESIDENT HOME, LLC; and DOES 2-100,<br><br>Defendants. | Case No.: 3:26-cv-01597<br><br>**NOTICE OF REMOVAL**<br><br>**Removed from Santa Clara County Superior Court, Civil Case No. 23CV426060** |

**COME NOW** Nectar Brand LLC (hereinafter "Nectar") and its parent company, Resident Home, LLC, Defendants in the above-styled action, and within the time prescribed by law, file this Notice of Removal, by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453, and respectfully show the Court the following facts:

## PROCEDURAL BACKGROUND

1. On November 8, 2023, Plaintiff Cynthia Longoria filed a Putative Class Action Complaint against Nectar and Does 1-100 in the Superior Court of Santa Clara County, Civil Action No. 23CV426060. Santa Clara County is within the San Jose Division of this Court.

2. Nectar Brand was personally served with a copy of the Complaint on December 4, 2023.

3. On October 9, 2024, Plaintiff filed the First Amended Complaint ("FAC") in which she added Javier Ramirez, and Joseph Awgul as named Plaintiffs in this suit.

4. On November 7, 2024, Nectar moved to compel Mr. Awgul's claims to arbitration. The Court heard arguments on this motion on April 30, 2025.

5. On May 14, 2025, the Court granted Nectar's motion to compel as to Mr. Awgul's claims.

6. On January 26, 2026, Plaintiffs filed a Fictitious Name Amendment to the FAC, in which they added Resident Home, LLC as a defendant in place of Doe No. 1.

## GROUNDS FOR REMOVAL AND JURISDICTION

7. Plaintiffs' action is removable based on the presence of jurisdiction under the Class Action Fairness Act ("CAFA"). Removal to this Court by Resident Home and its affiliates is proper pursuant to the provisions of Title 28 of the United States Code Section 1332(d), in that this is a putative class action in which the matter in controversy exceeds the sum of $5,000,000, exclusive of interest and costs, and at least one class member is a citizen of a state different from one of the defendants. Thus, pursuant to Title 28 of the United States Code Section 1332(d), this Court has original jurisdiction over this matter.

8. Further, this action meets the minimal diversity requirements for removal under CAFA.

9. Plaintiffs allege that Plaintiff Cynthia Longoria is a resident and citizen of Santa Clara County, CA. ¶¶ 19-20.

10. Plaintiffs allege that Plaintiff Javier Ramirez is a resident and citizen of Los Angeles County, CA. ¶¶ 25-26.

11. Plaintiffs allege that Plaintiff Joseph Awgul is a resident and citizen of Los Angeles County, CA ¶ 22-23.

12. The Nectarsleep.com website, which is the website Plaintiffs visited and which they reference in the FAC, identifies Resident Home, LLC as the entity that operates Nectarsleep.com

and the Nectar Brand. *See* Declaration of Maria Testani In Support of Defendants' Notice of Removal ("Testani Decl.") ¶ 2, Ex. 1. By using the Nectar-branded website and allegedly making purchases from it, Plaintiffs also agreed to the Terms of Use with Resident Home, LLC as their counterparty. *See id.* ¶ 2. Any purchase was therefore from Resident Home, LLC. *See id.*

13. Plaintiffs also name Resident Home, LLC as a Defendant in this action. *See* January 26, 2026 Fictitious Name Amendment to the FAC.

14. Resident Home, LLC is incorporated under the laws of Delaware and has its principal place of business in Florida. Testani Decl. ¶ 4. Resident Home, LLC is not incorporated in California, nor does it have its principle place of business there. *Id.* ¶ 5. Thus, Resident Home, LLC is not a citizen of California. *See id.* Resident Home, LLC's only member is Resident Home, Inc. *Id.* ¶ 6. Resident Home, Inc. is a Delaware corporation that has its principal place of business in Florida. *Id.* Resident Home, LLC is therefore a citizen of both Delaware and Florida. *See* 28 U.S.C. § 1332 ("[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business."); *Lindley Contours, LLC v. AABB Fitness Holdings, Inc.*, 414 F. App'x 62, 64 (9th Cir. 2011) (holding that a limited liability company is a citizen of all states where its members are citizens).

15. Because Resident Home, LLC is not a citizen of California, CAFA's minimal diversity requirements are satisfied. 28 U.S.C. § 1332(d).

16. Next, the amount in controversy requirement is also satisfied. The FAC seeks a sum greater than $5,000,000.00, as Plaintiffs seek to recover, among other things, disgorgement, restitution, and monetary damages. FAC at prayer for relief ¶¶ (d), (f), (g). By seeking disgorgement, Plaintiffs place the revenue from sales of Nectar branded products at issue. Resident Home has earned more than $5,000,000.00 in revenue from Nectar Sleep sales to California purchasers in the last 4 years. Testani Decl. ¶ 7.

17. Defendants filed this Notice of Removal within thirty (30) days from the date they were first served with the Fictitious Name Amendment to the First Amended Complaint. Therefore, this removal is timely under 28 U.S.C. § 1446(b).

18. Defendants attach a copy of Plaintiffs' First Amended Complaint as **Exhibit A**.

19. Copies of the summons, process, and all other pleadings in the Santa Clara Superior Court action, including the Fictitious Name Amendment, are attached as **Exhibit B**.

20. Defendants have given written notice of the filing of this Notice of Removal to Plaintiffs. Defendants intend to file a written notice with the Clerk of the Superior Court of Santa Clara County. A copy of said notice is attached as **Exhibit C**.

**CONCLUSION**

**WHEREFORE**, Defendants, Resident Home, LLC and Nectar Brand LLC, pray that this case be removed to the United States District Court for the Northern District of California.

Dated: February 24, 2026

FENWICK & WEST LLP

By: *s/ Tyler G. Newby*
Tyler G. Newby

Attorneys for Defendants
Resident Home, LLC and Nectar Brand LLC

FENWICK & WEST LLP
ATTORNEYS AT LAW